CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and JETPAY PAYMENT SERVICES TX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY NATIONAL BANK,<br><br>Defendant. | Case No: 14-CV-7827 (MCA)(MAH)<br><br>**STIPULATION AND ORDER OF DISMISSAL UNDER FRCP 41(a)(2) AS TO JETPAY PAYMENT SERVICES TX, LLC AND VALLEY NATIONAL BANK** |

**WHEREAS**, Plaintiff JetPay Payment Services TX, LLC ("JetPay") and Defendant Valley National Bank ("VNB") appeared for a settlement conference before the Honorable Michael A. Hammer on April 16, 2018;

**WHEREAS**, JetPay has agreed to settle its claims asserted against VNB herein;

**WHEREAS**, JetPay wishes to dismiss its claims against VNB with prejudice and without fees or costs; and

**WHEREAS**, JetPay and VNB request that the Court retain jurisdiction over the settlement agreement reached between JetPay and VNB to enforce its terms;

IT IS, ON THIS ___ DAY OF _____, 2018, ORDERED AND ADJUDGED as follows:

(1) the action is hereby dismissed with prejudice;

(2) the Court shall retain jurisdiction over the settlement agreement reached between JetPay and VNB to enforce its terms; and

(3) JetPay and VNB will bear their own fees and costs.

DM1\8680486.1

Dated: May 1, 2018
Newark, NJ

Respectfully submitted,

By: *s/ Joseph M. Kuffler*
Joseph M. Kuffler
One Riverfront Plaza
1037 Raymond Blvd, Suite 230
Newark, NJ 07102-5425
Telephone (201) 386-7200
*kufflerj@whiteandwilliams.com*
*Counsel for Plaintiff JetPay Payment Services TX, LLC*

Dated: May 1, 2018
Newark, NJ

By: *s/ Gregory R. Haworth*
Gregory R. Haworth
Steven T. Knipfelberg
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
Telephone: (973) 424-2000
*grhaworth@duanemorris.com*
*stknipfelberg@duanemorris.com*
*Counsel for Defendant Valley National Bank*

Dated: _____, 2018

[signature]
HON. MADELINE COX ARELO